# Third District Court of Appeal

## State of Florida

Opinion filed April 20, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1215
Lower Tribunal No. 18-32001
_____

**Dailany A. Pena,**
Appellant,

vs.

**Kenya Williams, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Jose Menendez, P.A., and Jose M. Menendez; Ralph O. Anderson P.A., and Ralph O. Anderson (Fort Lauderdale), for appellant.

Banker Lopez Gassler P.A., and Sarah Lahlou-Amine (Tampa), for appellees.

Before HENDON, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Sanislo v. Give Kids the World, Inc., 157 So. 3d 256, 260–61 (Fla. 2015) ("Exculpatory clauses are unambiguous and enforceable where the intention to be relieved from liability was made clear and unequivocal and the wording was so clear and understandable that an ordinary and knowledgeable person will know what he or she is contracting away.").